*Spillman* for respondents.

No. 925. WABASH RY. CO. *v.* LINDLEY. June 1, 1931. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Homer Hall, Nat S. Brown, and F. D. McKinney* for petitioner. *Mr. John G. Parkinson* for respondent.

No. 932. ART METAL CONSTRUCTION CO. *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Dana B. Hellings* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Andrew D. Sharpe* for the United States.

No. 933. ZELLER ET AL. *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Dana B. Hellings* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Andrew D. Sharpe* for the United States.

No. 937. DUNCAN *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. D. C. Lewis* for petitioner. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Messrs. Claude R. Branch, Charles H. Weston,* and *Paul D. Miller* for the United States.